# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA**

v.

**BASIL MOORE**,

    Defendant.

Case No. 7:11-CR-48 (HL)

## ORDER

Before the Court is Defendant Basil Moore's Rule 60(b) Motion for Reconsideration. (Doc. 103). Defendant seeks reconsideration of the Court's March 24, 2021 Order (Doc. 102) denying his motion for compassionate release (Doc. 101) filed pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1).

Federal Rule of Civil Procedure 60(b) allows a party to request relief from a final judgment or order for:

> (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud . . . , misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released or discharged . . . ; or (6) any other reason that justifies relief.

Fed.R.Civ.P. 60(b). Construing Defendant's argument liberally, Defendant's motion fails to state a sufficient basis for reconsideration under Rule 60(b). Defendant contends that the Court failed to conduct a complete review of the issues raised in his motion and overlooked

evidence he submitted. Review of the Court's previous Order reveals that the Court directly addressed each of the issues raised in Defendant's present motion. While Defendant disagrees with the Court's assessment regarding his eligibility for compassionate release, Defendant has not otherwise articulated a legal basis under which the Court may provide the relief he seeks. Petitioner's Motion for Reconsideration (Doc. 103) is therefore **DENIED**.

    **SO ORDERED**, this 5th day of October, 2021.

    *s/ Hugh Lawson*
    **HUGH LAWSON, SENIOR JUDGE**

aks